

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| WILLIAM G. CLOWDIS, JR., MD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOEL JEREMY SILVERMAN, MD, )<br>MCV ASSOCIATED PHYSICIANS )<br>(d/b/a MCV PHYSICIANS) )<br>WILLIAM L. HARP, MD, )<br>JENNIFER L. DESCHENES, JD, MS )<br>LORETTA S. HOPSON-BUSH, )<br>AMY STEWART, )<br>SANDRA WHITLEY RYALS, )<br>RENEE S. DIXSON, )<br>SHERRY FOSTER, R.N. )<br>DEPARTMENT OF HEALTH )<br>PROFESSIONS VIRGINIA BOARD OF )<br>MEDICINE, THE VIRGINIA HEALTH )<br>PRACTITIONER'S MONITORING )<br>PROGRAM, NATIONAL )<br>PRACTITIONER DATABASE, )<br>VIRGINIA COMMONWEALTH )<br>UNIVERSITY, and the )<br>COMMONWEALTH OF VIRGINIA, )<br>)<br>Defendants. )<br>) | Civil Action No.: 315cv128<br><br><br><br><br>JURY TRIAL DEMAND |

**NOTICE REGARDING GINSBERG AND THAT PLAINTIFF IS PROCEEDING PRO SE**

By this notice, Plaintiff William G. Clowdis, Jr. ("Clowdis") respectfully advises this Court of the following:

1. Attorney, Nina Ginsberg, is unable to commit to entering an appearance in this case as of October 9, 2015.

2. Plaintiff will proceed *pro se* and will prepare and file a Second Amended Complaint by October 30, 2015 pursuant to the Court's October 1, 2015 Order.

**WHEREFORE**, Plaintiff Clowdis will proceed as a *pro se* Plaintiff and amend his complaint.

Dated: October 9, 2015

Respectfully Submitted,

*[signature]*

William G. Clowdis, Jr., MD
*Pro Se*
16310 Red House Road
Red House, VA 23963
(304) 657-0118