IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM G. CLOWDIS, JR.,

    Plaintiff,

v.                                               Civil Action No. 3:15cv128

JOEL JEREMY SILVERMAN,
et al.,

    Defendants.

**ORDER**

By the November 22, 2016 decision of the United States Court of Appeals for the Fourth Circuit (ECF No. 82), the dismissal of the plaintiff's claims for damages was remanded. Having reviewed the November 22, 2016 decision, and the MANDATE having been filed herein on January 17, 2017 (ECF No. 84), is it is hereby ORDERED that the plaintiff's claims for damages with respect to alleged violations of his constitutional rights and alleged violations of the American Disabilities Act and the Rehabilitation Act, Counts I through IV, are reinstated and are stayed pending resolution of the plaintiff's state court proceedings. Accordingly, it is hereby ORDERED that the plaintiff and the Defendants shall file a Status Report by February

15, 2017 advising the Court of the status of his state court proceedings.

The Clerk is directed to send a copy of this Order to the plaintiff.

It is so ORDERED.

/s/ BEP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 20, 2017

2