**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**WILLIAM G. CLOWDIS, JR.,**

      Plaintiff,

**v.**                                          Case: 315:CV128

**JOEL JEREMY SILVERMAN, M.D., et al.,**

      Defendants.

**DEFENDANTS JOEL JEREMY SILVERMAN, M.D., MCV**
**ASSOCIATED PHYSICIANS AND VIRGINIA COMMONWEALTH**
**UNIVERSITY HEALTH SYSTEM AUTHORITY'S STATUS REPORT**

Defendants, Joel Jeremy Silverman, M.D. ("Dr. Silverman"), MCV Associated Physicians d/b/a MCV Physicians ("MCVAP"), and Virginia Commonwealth University Health System Authority d/b/a VCU Health System ("VCUHSA"), incorrectly named in this action as "Virginia Commonwealth University Health System," by counsel, respectfully submit their Status Report pursuant to the Order of the Court, filed January 23, 2017.

Defendants, Dr. Silverman, MCVAP, and VCUHSA are not parties to Plaintiff's state court proceeding.  Accordingly, Defendants join and rely upon the Commonwealth Defendants' and Defendant Loretta Hopson-Bush's Status Report, filed on February 14, 2017, as Defendant Virginia Board of Medicine is the sole defendant in Plaintiff's state court proceeding.

                                      Respectfully submitted,

                                      **JOEL JEREMY SILVERMAN, M.D.,**
                                      **MCV ASSOCIATED PHYSICIANS, and**
                                      **VIRGINIA COMMONWEALTH**
                                        **UNIVERSITY HEALTH SYSTEM**
                                        **AUTHORITY**

_____ /s/ Shyrell A. Reed _____
Rodney K. Adams, Esquire (VSB #32656)
LeClairRyan, A Professional Corporation
919 East Main Street, 24th Floor
Richmond, Virginia 23219
Telephone: (804) 783-2003
Facsimile: (804) 783-2294
Rodney.Adams@leclairryan.com

Shyrell A. Reed, Esquire (VSB #71663)
LeClairRyan, A Professional Corporation
123 East Main Street, 8th Floor
Charlottesville, Virginia 22902
Telephone: (434) 245-3421
Facsimile: (434) 296-0905
Shyrell.Reed@leclairryan.com
*Counsel for Defendants, Joel Jeremy Silverman, M.D., MCV Associated Physicians d/b/a MCV Physicians, and Virginia Commonwealth University Health System Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2017, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system and that a true and accurate copy was mailed, first

class and postage prepaid, and sent to the following non-CM/ECF user:

> William G. Clowdis, Jr.
> 16310 Red House Road
> Red House, Virginia 23963
> Telephone:  (304) 657-0118
> *Pro Se Plaintiff*

> _____/s/ Shyrell A. Reed_____
> Rodney K. Adams, Esquire (VSB #32656)
> LeClairRyan, A Professional Corporation
> 919 East Main Street, 24th Floor
> Richmond, Virginia 23219
> Telephone: (804) 783-2003
> Facsimile: (804) 783-2294
> Rodney.Adams@leclairryan.com
>
> Shyrell A. Reed, Esquire (VSB #71663)
> LeClairRyan, A Professional Corporation
> 123 East Main Street, 8th Floor
> Charlottesville, Virginia 22902
> Telephone: (434) 245-3421
> Facsimile: (434) 296-0905
> Shyrell.Reed@leclairryan.com
> *Counsel for Defendants, Joel Jeremy Silverman, M.D., MCV Associated Physicians d/b/a MCV Physicians, and Virginia Commonwealth University Health System Authority*

3