UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| WILLIAM G. CLOWDIS, JR., M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:15cv128 |
| ) | |
| JOEL JEREMY SILVERMAN, MD, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DEFENDANT NATIONAL PRACTITIONER DATA BANK'S STATUS REPORT

Defendant, National Practitioner Data Bank, Department of Health and Human Services, ("NPDB" or "Data Bank"), by Elizabeth C. Wu, Assistant United States Attorney for the Eastern District of Virginia, respectfully submits this Status Report pursuant to the Court's Order dated January 23, 2017 (ECF No. 85).

Defendant NPDB is not a party to Plaintiff William G. Clowdis' state court appeal. Accordingly, Defendant NPDB relies upon the Status Report of the only defendant in Plaintiff's state court litigation, Defendant Virginia Board of Medicine, filed February 14, 2017 (ECF No. 86, "Commonwealth Defendants' and Defendant Loretta Hopson-Bush's Status Report").

Dated: February 14, 2017

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Elizabeth C. Wu
Virginia State Bar No. 30057
Counsel for the National Practitioner Data
Bank, Department of Health and Human
Services
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia, 23219
(804) 819-5400 (phone)
(804) 819-7417 (fax)
elizabeth.c.wu@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notice of such filing to the following registered CM/ECF Users:

Erin L. Barrett, AAG
Office of the Virginia Attorney General
202 Norht Ninth Street
Richmond, VA 23219
ebarrett@oag.state.va.us
Counsel for Commonwealth of Virginia Defendants, Loretta Hopson-Bush

Rodney K. Adams, Esq.
LeClair Ryan
919 E. Main Street, 24th Fl.
Richmond, VA 23219
Rodney.Adams@leclairryan.com
Counsel for Defendants Joel Silverman, MCV Associated Physicians, et al.

Shyrell A. Reed, Esq.
LeClair Ryan
123 E. Main Street, 8th Fl.
Charlottesville, VA 22902
Shyrell.reed@leclairryan.com
Counsel for Defendants Joel Silverman, MCV Associated Physicians, et al.

I further certify that I mailed the foregoing by U.S. mail, first class, postage prepaid to the following non-CM/ECF user:

William G. Clowdis, Jr., *pro se* plaintiff
16310 Red House Road
Red House, Virginia 23963

                                        /s/
                              Elizabeth C. Wu
                              Counsel for the National Practitioner Data Bank
                              Office of the United States Attorney
                              919 East Main Street, Suite 1900
                              Richmond, Virginia, 23219-2430
                              (804) 819-5400 (phone)
                              (804) 819-7417 (fax)
                              elizabeth.c.wu@usdoj.gov